UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | No. 2:16-cv-02301-MCE |
|---|---|
| ALAN JAMES TERRY, | |
| Debtor. | |
| ALAN JAMES TERRY, | No. 16-25351-D-7 |
| Appellant, | |
| v. | **ORDER** |
| NOLEGGIO PROPERTIES, LLC | |
| Appellee. | |

On October 30, 2017, this Court ordered Appellant to show cause why this action should not be dismissed for failure to prosecute or to comply with the applicable rules. ECF No. 4. Appellant was advised that a failure to respond to that order would result in dismissal of this action with prejudice upon no further notice to the parties. Id.

///

///

///

///

1

No response was forthcoming.  Accordingly, this action is hereby DISMISSED with prejudice for failure to prosecute this appeal or to comply with this Court's orders.  See Fed. R. Bankr. P. 8020(b).  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 27, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE